```
 1  STEVEN A. GROODE, Bar No. 210500
    sgroode@littler.com
 2  JENNIFER TSAO, Bar No. 259985
    jtsao@littler.com
 3  LITTLER MENDELSON, P.C.
    2049 Century Park East
 4  5th Floor
    Los Angeles, CA 90067.3107
 5  Telephone: 310.553.0308
    Facsimile: 310.553.5583
 6
    Attorneys for Defendant
 7  PETSMART, INC.
```



**MANDATORY**

CHAMBERS COPY
FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS FRANKIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC., a Delaware corporation; DOES 1-25,<br><br>Defendants. | Case No. CV12-07730 GAF (FFMx)<br><br>ORDER RE:<br>**STIPULATION RE DISMISSAL OF ACTION PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Firmwide:119449824.1 037653.1346

1  Plaintiff Phyllis Franke ("Plaintiff") and Defendant PetSmart, Inc.
2  ("Defendant") (collectively "the "Parties"), by and through their counsel of record,
3  hereby stipulate and agree as follows:
4      **WHEREAS**, on or about August 3, 2012, Plaintiff filed the Complaint in the
5  above-captioned matter against Defendant in Ventura County Superior Court;
6      **WHEREAS**, the Complaint asserts the following six claims for relief: (1)
7  Wrongful Termination in Violation of Public Policy; (2) Conspiracy & Aiding &
8  Abetting (Cal. Gov. Code § 12940(i)); (3) Failure to Accommodate a Disability (Cal.
9  Gov. Code §12940(m)); (4) Failure to Engage in the Interactive Process (Cal. Gov.
10 Code § 12940(n)); (5) Retaliation for Exercising Rights under FEHA (Cal. Gov. Code
11 § 12940(h)); and (6) Retaliation for Exercising Rights under CFRA (Cal. Gov. Code §
12 12945.2).
13     **WHEREAS**, after answering the Complaint, on or about September 10, 2012,
14 2012, Defendant timely removed this action to United States District Court in the
15 Central District of California based upon diversity jurisdiction under 28 U.S.C. §
16 1332;
17     **WHEREAS**, trial in this matter is scheduled for January 14, 2014;
18     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 41(a), the Parties
19 agree, that Plaintiff's Complaint and this entire action can and should be dismissed
20 with prejudice.
21 //
22 //
23 //

LER MENDELSON, P.C.
)49 Century Park East
5th Floor
Angeles, CA 90067.3107
310.553.0308

Firmwide:119449824.1 037653.1346

1  **THEREFORE**, subject to the approval of the Court, the Parties stipulate and
2  agree that Plaintiff's Complaint and this entire action shall be and hereby is dismissed
3  with prejudice, and that each party shall bear her and its own attorneys' fees and costs
4  in connection with the prosecution and defense of this action.
5  **IT IS SO STIPULATED.**

6  Dated:  May 13, 2013                Respectfully submitted,

7                                      LITTLER MENDELSON, P.C.
                                       A Professional Corporation
8



11                                     /s/ Steven A. Groode
                                       STEVEN A. GROODE
                                       JENNIFER TSAO
12                                     Attorneys for Defendant
                                       PETSMART, INC.



15  Dated:  May 13, 2013               DONIGER/BURROUGHS APC



17                                     /s/ Stephen M. Doniger
                                       Stephen M. Doniger, Esq.
18                                     Scott A. Burroughs, Esq.
19                                     Annie Aboulian, Esq.
                                       Attorneys for Plaintiff
20                                     PHYLLIS FRANKE


22                                     IT IS SO ORDERED
                                       Dated   5/16/13
23
                                       [signature]
24
                                       United States District Judge


LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.

Firmwide:119449824.1 037653.1346